# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In re Commitment of Gary L. Perrot.

GARY L. PERROT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D2024-0716

_____

August 30, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Aaron W. Hubbard, Acting Circuit, Judge.

Gary L. Perrot, pro se.

Keyboard Ashley Moody, Attorney General, Tallahassee, and Cerese
Crawford Taylor, Assistant Attorney General, Tampa, for Respondent.

PER CURIAM.

    Denied.

KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.